**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

BENNIE DAVID GUY,                                                                PLAINTIFF
ADC # 72720

V.                              2:10-cv-00066-SWW-JJV

DAVE PARKMAN, Sheriff, St. Francis County, *et al.*                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition

submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After

careful consideration, the Court concludes that the Proposed Findings and Recommended Partial

Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings

in all respects.

IT IS THEREFORE ORDERED that the Motion of separate Defendants Parkman and

Ramsey for dismissal of the claims against them (Doc. No. 12) is DENIED.

DATED this 27th day of July, 2010.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE