## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| BENNIE DAVID GUY, <br> ADC # 72720 <br> <br> Plaintiff, <br> v. <br> <br> DAVE PARKMAN, Sheriff, St. Francis <br> County; *et al.,* <br> <br> Defendants. | * <br> * <br> * <br> * <br> * <br> *  No. 2:10-cv-00066-SWW-JJV <br> * <br> * <br> * <br> * |

### **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Motion to Dismiss of Defendants Long and Mitchusson (Doc. No. 16) is GRANTED.

DATED this 12th day of January, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE