# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

BENNIE DAVID GUY
ADC #72720                                                                                                        PLAINTIFF

v.                                    CASE NO. 2:10-cv-00066-SWW-JJV

DAVE PARKMAN, Sheriff, St. Francis County;
GLEN RAMSEY, Detective, St. Francis County
Sheriff's Department; STATE OF ARKANSAS;
and DOES, St. Francis County Police Department
and Forrest City Police Department                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the Plaintiff's objections.  After carefully considering the objections and making a de novo review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.   Defendants' Motion for Summary Judgment (Doc. No. 62) is GRANTED and Plaintiff's Complaint (Doc. No. 2) is DISMISSED with prejudice.

2.   All pending motions are DENIED as moot.

3.   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 25th day of July, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE