## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

BENNIE DAVID GUY
ADC #72720                                                                                            PLAINTIFF

v.                              CASE NO. 2:10-cv-00066-SWW-JJV

DAVE PARKMAN, Sheriff, St. Francis County;
GLEN RAMSEY, Detective, St. Francis County
Sheriff's Department; STATE OF ARKANSAS;
and DOES, St. Francis County Police Department
and Forrest City Police Department                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 25th day of July, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE